

# IN THE
# TENTH COURT OF APPEALS

### No. 10-15-00023-CV

**MICHAEL D. EADES AND REBECCA EADES,**

                                        **Appellants**

 **v.**

**SUNRISE ESTATES PROPERTY OWNERS ASSOCIATION,**

                                        **Appellee**

### From the 13th District Court
### Navarro County, Texas
### Trial Court No. 09-17965-CV

## O R D E R

Appellants' motion to substitute counsel was filed on June 1, 2015. The motion does not indicate that a copy was provided to the client in a manner of delivery authorized by the rule. TEX. R. APP. P. 6.5(b), (d). The Court simply reminds counsel of that obligation; but because the rule does not require counsel to certify compliance with that aspect of the rule to the Court, the Court will not deny the motion on that basis.

Accordingly, the Court grants appellants' motion in part. Andrea Mehta is substituted in place of Thomas McKenzie as counsel for appellants.

PER CURIAM

Before Chief Justice Gray,
          Justice Davis, and
          Justice Scoggins
Motion granted in part
Order issued and filed June 18, 2015

